DAVID P. CUSICK, TRUSTEE
P O BOX 1858
SACRAMENTO, CA 95812-1858
(916) 856-8000

**FILED**

JAN - 3 2017

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In re: ) Case No.: No. 11-47891-E-13C
)
QUINT, CLAY EARL ) UNCLAIMED FUNDS
QUINT, MARIA ELVIRA )
)
)
Debtor(s) )

TO THE CLERK, U. S. BANKRUPTCY COURT:

Please find submitted herewith check #787744 in the sum of $3,753.87 representing the total amount of unclaimed dividend(s) in the above-entitled estate. This sum is being paid over pursuant to 11 U. S. C. Section 347(a) and Bankruptcy Rule 3011. The name(s) and address(es) is (are) as follows:

| CLAIM NO. | NAME & ADDRESS OF CLAIMANT | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 13 | Palace Resorts Inc.<br>8400 NW 33rd St., Suite 400<br>Miami, FL 33122 | $14,962.50 | $3,753.87 |

TOTAL CHECK $3,753.87

Dated this 27th day of December, 2016.       BY: _____
                                                 TRUSTEE