FILED
JAN - 3 2017
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

DAVID P. CUSICK, TRUSTEE
P O BOX 1858
SACRAMENTO, CA 95812-1858
(916) 856-8000

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In re:                                    ) Case No.: No. 11-47891-E-13C
                                          )
QUINT, CLAY EARL                          ) UNCLAIMED FUNDS
QUINT, MARIA ELVIRA                       )
                                          )
         Debtor(s)                        )

TO THE CLERK, U. S. BANKRUPTCY COURT:

Please find submitted herewith check #787744 in the sum of $2,654.93 representing the total amount of unclaimed dividend(s) in the above-entitled estate. This sum is being paid over pursuant to 11 U. S. C. Section 347(a) and Bankruptcy Rule 3011. The name(s) and address(es) is (are) as follows:

| CLAIM NO. | NAME & ADDRESS OF CLAIMANT | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 30 | Palace Resorts Inc.<br>8400 NW 33rd St., Suite 400<br>Miami, FL 33122 | $14,962.50 | $2,654.93 |

TOTAL CHECK $2,654.93

Dated this 27th day of December, 2016.    BY: _____
                                                                                                                TRUSTEE